# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 13-PO-00150-DLW<br>U.S. MARSHAL NO: 39868-013 |
| ANDREW T. GONZALES | Cliff McIntyre<br>(Defendant's Attorney) |

**THE DEFENDANT:** Was found Guilty on Counts One, Two, Three and Four of the Information after a plea of Not Guilty.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 3 and 36 C.F.R. 4.23(a)(1) | Driving Under the Influence | 07/12/13 | One |
| 16 U.S.C. 3 and 36 C.F.R. 1.5(f) | Closure and Public Use Limits | 07/12/13 | Two |
| 16 U.S.C. 3 and 36 C.F.R. 4.10(a) | Travel on Undesignated Routes | 07/12/13 | Three |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 3, 2014
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 3, 2014
Date

DEFENDANT: ANDREW T. GONZALES
CASE NUMBER: 13-PO-00150-DLW                                   Judgment-Page 2 of 6

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 3, 36 C.F.R. 4.2 and C.R.S. 42-4-1409(3) | Failed to Present Evidence of Insurance | 07/12/13 | Four |

DEFENDANT: ANDREW T. GONZALES
CASE NUMBER: 13-PO-00150-DLW                                         Judgment-Page 3 of 6

## IMPRISONMENT

As to Count One, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Four (4) Months.

The defendant is remanded to the custody of the United States Marshal.

**As to Counts Two, Three and Four the Court has "reserved Sentencing" and Sentencing on these Counts is scheduled for October 16, 2014 at 10:00 a.m.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  ANDREW T. GONZALES  
CASE NUMBER:  13-PO-00150-DLW

Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

DEFENDANT: ANDREW T. GONZALES
CASE NUMBER: 13-PO-00150-DLW                                                  Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.