IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 13-PO-00150-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. ANDREW T. GONZALES,

Defendant.

---

### ORDER RE: MOTION TO APPEAR TELEPHONICALLY AND SENTENCING MEMORANDUM [DOC. #43]

---

### ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST

The Court has received and reviewed the Motion to Appear Telephonically and Sentencing Memorandum [Doc. #43] filed by defense counsel in this matter, and

**IT IS HEREBY ORDERED** that said Motion is GRANTED and defense counsel may appear telephonically for the Sentencing Hearing in this matter. Defense counsel shall place a call to the Court at (970) 259-0542 at 3:00 p.m. on November 4, 2014.

**DATED: November 3, 2014.**

                                       BY THE COURT:

                                       s/David L. West
                                       **United States Magistrate Judge**