**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 13-PO-00150-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ANDREW T. GONZALES,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court entered an order re-appointing Mr. Paul Padilla in this matter on January 5, 2016, however, prior to that date the Court had requested Mr. Padilla to become re-involved in this matter due to issues that were going on with the Defendant's probation, therefore:

**IT IS HEREBY ORDERED** that the CJA 20 Appointment entered should be amended to reflect that Mr. Padilla was requested and ordered to represent the Defendant in this matter on December 10, 2015 and the Order of Appointment is therefore entered *Nunc Pro Tunc* to December 10, 2015.

**DATED: April 20, 2016.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**